IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KHALIL HAMMOND, | ) | |
| Plaintiff, | ) | 2:17-CV-00952-CRE |
| vs. | ) | |
| ROBERT M. KRAK, D.M.D.; SUPERINTENDANT LOUIS FOLINO, IRMA VIHLIDAL, HELATH CARE ADMINISTRATOR; JOHN E. WETZEL, SECRETARY OF CORRECTIONS; DORINA VARNER, CHIEF GRIEVANCE OFFICER; DR. BALAS, D.M.D.; AND VICTORIA STANISHEFSKI, HEALTH CARE ADMINISTRATOR; | ) | |
| Defendants, | ) | |

## ORDER

AND NOW, this 3rd day of March, 2020,

Upon consideration of Defendants' motion for summary judgment (ECF No. 91),

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED;

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge