IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| KHALIL HAMMOND, ) | |
| ) | |
| Plaintiff, ) | 2:17-CV-00952-CRE |
| ) | |
| vs. ) | |
| ) | |
| JOHN E. WETZEL, SECRETARY OF ) | |
| CORRECTIONS; DORINA VARNER, ) | |
| CHIEF GRIEVANCE OFFICER; DR. ) | |
| BALAS, D.M.D.; AND VICTORIA ) | |
| STANISHEFSKI, HEALTH CARE ) | |
| ADMINISTRATOR; ) | |
| ) | |
| Defendants, ) | |

## ORDER

AND NOW, this 22nd day of August, 2023,

Upon consideration of the Defendants' motion for summary judgment ECF No. 75,

IT IS HEREBY ORDERED that the District's motion is GRANTED. A Judgment Order follows.

By the Court:

s/ Cynthia Reed Eddy
United States Magistrate Judge

cc: Khalil Hammond
KC-9993
SCI-Greene
169 Progress Drive
Waynesburg, PA 15370
*via first-class mail*

Attorney(s) of record
*via CM/ECF electronic filing*

1